NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**1ST MEDIA, LLC,**
*Plaintiff-Appellant,*

v.

**ELECTRONIC ARTS, INC., HARMONIX MUSIC SYSTEMS, INC., AND VIACOM, INC.,**
*Defendants-Appellees,*

AND

**SONY COMPUTER ENTERTAINMENT AMERICA, INC.,**
*Defendant-Appellee.*

---

2010-1435

---

Appeal from the United States District Court for the District of Nevada in case no. 07-CV-1589, Judge James C. Mahan.

---

**ON MOTION**

---

**O R D E R**

The appellees move for an extension of time, until July 8, 2011, to file a response to any notice of resolution

of the Therasense case filed by the plaintiff-appellant 1st Media.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert P. Greenspoon, Esq.
Richard F. Ziegler, Esq.
B. Trent Webb, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK